LAW OFFICE OF BRITTANY CARROLL LACAYO

212 STRATFORD ST.
HOUSTON, TEXAS 77006
WWW.CRIMINALDEFENSEATTORNEYINHOUSTON.COM

BRITTANY CARROLL LACAYO
brittany@bcllawfirm.com

713.504.0506
FAX 832.442.5033

October 17, 2014

United States District Court
Southern District of Texas – Houston Division
Bob Casey Federal Building
515 Rusk
Houston, Texas 77002

Re:  USA v. Javier Moreno-Moreno; No. 4:13-CR-724-1

Dear Clerk:

Please accept this as my request for a copy of the certified record to be copied on a disc. My office will pick the disc up in person at the district clerk's office. I have not been provided with a paper or electronic copy of the record. Thank you for your prompt attention to this matter.

Respectfully submitted,

/s/ Brittany Carroll Lacayo_____
BRITTANY CARROLL LACAYO
Federal ID No. 1125438
TBA No. 24067105
212 Stratford St.
Houston, Texas 77006
Telephone: (713) 504-0506
Facsimile: (832) 442-5033
Email: Brittany@bcllawfirm.com

Attorney for Appellant,
JAVIER MORENO-MORENO